KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818)240-7728
e-mail: kev@iiylaw.com

JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  SACV15-01655 JVS (JCGx) |
|---|---|
| Plaintiff, | ORDER TO DISMISS THIS ACTION WITHOUT PREJUDICE |
| v. | |
| ABOLGHASSEM AREFI, | |
| Defendant. | |

The court having reviewed the motion to dismiss this matter without prejudice grants the motion as follows:

This matter is dismissed without prejudice.

Dated: April 08, 2016   _____
                                    United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28